UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON MARCUS JONES, <br><br>                    Plaintiff <br><br> v. <br><br> HENLEY, <br><br>                    Defendant | Case No.  3:24-cv-00393-ART-CLB <br><br> **ORDER** |

On September 3, 2024, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted two applications to proceed *in forma pauperis* but did not file a complaint. (ECF Nos. 1, 1-1).

Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3.  As such, the Court grants Plaintiff **until October 3, 2024**, to submit a complaint to this Court.

For the foregoing reasons, it is ordered that Plaintiff will submit a complaint to this Court on or before **October 3, 2024**.

It is further ordered that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint and a complete application to proceed *in forma pauperis* or pay the required filing fee.

DATED:  September 5, 2024

_____
UNITED STATES MAGISTRATE JUDGE