UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON MARCUS JONES, <br><br>　　　　　　Plaintiff <br><br>　v. <br><br>HENLEY, et al., <br><br>　　　　　　Defendants | Case No. 3:24-cv-00393-ART-CLB <br><br>ORDER |

**I.　DISCUSSION**

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff Jason Jones ("Plaintiff") is no longer at the address listed with the Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff until **September 19, 2025**, to file his updated address with this Court. If Plaintiff does not update the Court with his current address by **September 19, 2025**, this case will be subject to dismissal without prejudice.

**II.　CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court by **September 19, 2025**.

IT IS FURTHER ORDERED that the Clerk of the Court send Plaintiff a courtesy copy of the screening order (ECF No. 12), along with its attachments, and this order at Ely State Prison.

///

///

1  IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED THIS 19th day of August 2025.

_____
UNITED STATES MAGISTRATE JUDGE